No. 154. SERVO CORP. OF AMERICA *v.* GENERAL ELECTRIC CO. C. A. 4th Cir. Certiorari denied. *Thomas F. Reddy, Jr.,* and *Roy C. Hopwood* for petitioner. *Charles H. Walker, Leonard G. Muse* and *Frank W. Rogers* for respondent.

No. 499. OUTBOARD MARINE CORP. *v.* HOLLEY. C. A. 7th Cir. Certiorari denied. *S. Lawrence Wheeler* for petitioner. *Charles B. Spangenberg* for respondent.

No. 572. ALLBRIGHT-NELL CO. ET AL. *v.* SCHNELL ET AL. C. A. 7th Cir. Certiorari denied. *Richard D. Mason* and *M. Hudson Rathburn* for petitioners. *Charles J. Merriam* and *Norman M. Shapiro* for respondents.

No. 612. M. B. SKINNER CO. *v.* CONTINENTAL INDUSTRIES, INC. C. A. 10th Cir. Certiorari denied. *Charles J. Merriam* and *Norman M. Shapiro* for petitioner. *Richard B. McDermott* for respondent.

No. 764. AMERICAN AIR FILTER CO., INC. *v.* CONTINENTAL AIR FILTERS, INC. C. A. 6th Cir. Certiorari denied. *Albert C. Johnston* for petitioner. *Carl F. Schaffer* for respondent.

No. 900. NELLO L. TEER CO. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Joseph C. Wells* and *Paul M. Rhodes* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas, David L. Rose* and *Jack H. Weiner* for the United States. *Travis Brown* for Associated General Contractors of America, as *amicus curiae,* in support of the petition.